# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN PEARSON, | Case No. CV 10-7123 DMG (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| F. B. HAWS, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED:  February 22, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE